IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND, LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, THE CHICAGO LABORERS' DISTRICT COUNCIL RETIREE HEALTH AND WELFARE FUND and CATHERINE WENSKUS, not individually, but as Administrator of the Funds,<br><br>Plaintiffs,<br><br>v.<br><br>M2 CONSTRUCTION, INC., an Illinois corporation, and RAMON CALDERON, individually,<br><br>Defendants. | Case No. 19 C 3022<br><br>Honorable Mary M. Rowland |

## JUDGMENT ORDER

This cause coming before the Court on motion of Plaintiffs Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of the Chicago and Vicinity, the Chicago Laborers' District Council Retiree Health and Welfare Fund, and Catherine Wenskus, in her capacity as Administrator of the Funds (collectively the "Laborers' Funds"), for entry of Judgment Damages, pursuant to Fed. R. Civ. P. 55(b), due notice given, and the Court finding Defendants, M2 Construction, Inc., and Ramon Calderon in default, and the Court having been fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

Judgment is entered in favor of the Laborers' Funds and against M2 Construction, Inc. and Ramon Calderon, jointly and severally, in the total amount of $284,494.90, consisting of the following amounts:

1. $263,090.90, based on the Bansley and Kiener, LLP Audit ("Bansley Audit"), covering the period from April 1, 2016 through September 30, 2018 and consisting of:

    a) $158,815.55 representing the principal amounts found due for unpaid benefit contributions and union dues;

    b) $30,610.03 Liquidated damages, on the audit findings;

    c) $21,955.97 Accumulated liquidated damages on untimely payments;

    d) $45,145.60 Accumulated interest on the audit findings;

    e) $6,563.85 Audit cost;

2. $21,404.00, representing the reasonable attorneys' fees and costs accrued by the Laborers' Funds incurred in its efforts to collect the above amounts to date;

3. M2 Construction, Inc., and Ramon Calderon are ordered to pay post judgment interests on all amounts entered against them from the date of the Judgement Order until the date the Judgment Order is paid in full; and

4. M2 Construction, Inc., and Ramon Calderon are ordered to post and maintain a fringe benefit bond in accordance with the terms and conditions of the Agreement.

*Mary M Rowland*

---

The Honorable Mary M. Rowland
United States District Court Judge

Dated: October 21, 2020